UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | 3:09-CV-0335-ECR (VPC) |
| Plaintiff, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) | May 13, 2010 |
| LAKEMONT HOMES, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a 109-page motion to compel discovery (#49). The court recognizes that plaintiff has set forth in full the text of discovery originally sought and the response thereto pursuant to Local Rule 26-7. However, pursuant to Local Rule 7-4, points and authorities in support of any motion shall be limited to thirty pages. Therefore, defendants' motion to strike EEOC's motion to compel for failure to comply to LR 7-4 (#51) is **GRANTED**.

Plaintiff shall have to and including **Monday, May 17, 2010** to refile its motion to compel and may attach the full text of the discovery originally sought and the response thereto rather than including this information in its points and authorities.

The court notes that plaintiff filed this motion on April 27, 2010 (#49); however, defendants waited until May 10, 2010 to move to strike the motion on an *emergency* basis because defendants' response was due in four days. The court cautions defendants to act more timely in the future rather than categorizing motions as an *emergency* as this only acts to delay proceedings.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
         Deputy Clerk